UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL ACTION NO. 1:05-CR-403-6-CAP |
| MICHAEL FOSTER, | |
| Defendant. | |

ORDER/JUDGMENT

On this 30th day of January, 2008, came the attorney for the government and the defendant appeared in person and with counsel, Colin Garrett.

A probation officer of this court having moved the court to revoke the probation heretofore granted the defendant on August 10, 2006, for the period of five (5) years and the defendant having admitted that he violated the terms and conditions of his probation, it is,

ORDERED BY THE COURT that the defendant's probation be revoked, and IT IS ADJUDGED that the defendant, having been found guilty of said offense, is hereby committed to the custody of the Bureau of Prisons for a period of six (6) months with two (2) years supervised release to follow. The defendant is remanded to the custody of the United States Marshal.

IT IS ORDERED that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal or other

qualified officer and that the copy serve as the commitment of the defendant.

SO ORDERED, this  31st  day of January, 2008.

/s/Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge