PROB 12
(Rev. 3/88)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 0 9 2009

JAMES N. HATTEN, Clerk
By: Deputy Clerk

# UNITED STATES DISTRICT COURT
## for
# NORTHERN DISTRICT OF GEORGIA

U. S. A. vs. Michael Foster                              Docket No. 1:05-CR-403-06-CAP

## PETITION AND ORDER TO MODIFY CONDITIONS OF SUPERVISED RELEASE

COMES NOW Donna M. High PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Michael Foster who was placed on supervision for the offense of Possession of Stolen Firearms, 18 U.S.C. §§§922(j), 924 (a) and 2, by the Honorable Charles A. Pannell, Jr. sitting in the court at Atlanta, on the 30th day of January, 2008 who fixed the period of supervision at twenty-four (24) months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall not own, possess or have under his control any firearm, dangerous weapon or other destructive device.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

I. **Violation of Statutory Condition (Possession of a Controlled Substance):** In that the defendant tested positive for Marijuana on January 21st, 2009.

PRAYING THAT THE COURT WILL ORDER the conditions of Supervised Release be modified as follows: The defendant shall participate in the drug/alcohol treatment program under the guidance and supervision of the United States Probation Officer and if able, contribute to the cost of services for such treatment.

ORDER OF COURT

Considered and ordered this _____ day of
_____, 2009
and ordered filed and made a part of the records in the above case.

_____
Honorable Charles A. Pannell, Jr.
U. S. District Court Judge

Respectfully,

_____
Donna M. High
U. S. Probation Officer

Place:  Atlanta, Georgia

Date:   January 27, 2009

_____
Beth B. Hammond
Supervising U.S. Probation Officer