# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:05-cr-00403-CAP-AJB
## USA v. Trammell et al
## Honorable Charles A. Pannell, Jr.

Minute Sheet for proceedings held In Open Court on 07/08/2009.

TIME COURT COMMENCED: 10:12 A.M.
TIME COURT CONCLUDED: 10:30 A.M.
TIME IN COURT: 00:17
COURT REPORTER: Martha Frutchey
DEPUTY CLERK: Y. Martin

| | |
|---|---|
| DEFENDANT(S): | [6]Michael Foster Present at proceedings |
| ATTORNEY(S) PRESENT: | Colin Garrett representing Michael Foster<br>Angela Jordan representing USA |
| PROCEEDING CATEGORY: | Revocation of Supervised Release Hearing(Supervised Release Hearing Non-evidentiary); |
| REVOCATION HEARING INFO. | Defendant ADMITTED allegations.<br>Court found that defendant DID violate conditions of Probation. Probation was REVOKED. |
| MINUTE TEXT: | CBOP 8 mos., No supervised release to follow. Dft given appeal rights. Dft remanded to custody of USM. |
| HEARING STATUS: | Hearing Concluded |